UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Cristhian Vega,

                Plaintiff,

                                                              JUDGMENT
                                                              18-cv-182 (ARR)

        v.

K & C Interior Construction Corp.,
Kevin Doe, and John Does No. 1-10,

                Defendants.
------------------------------------------------------------ X

        An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on September 13, 2018, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated August 28, 2018, granting Vega's motion for default judgment against K&C; and awarded Vega $30, 968.50 in damages and costs, plus post-judgment interest; it is

        ORDERED and ADJUDGED that Vega's motion for default judgment against K&C is granted; and that Vega is awarded a total amount of $30,968.50 plus post-judgment interest.

Dated: Brooklyn, NY                                                              Douglas C. Palmer
September 14, 2018                                                        Clerk of Court

                                                                                             By: /s/*Jalitza Poveda*
                                                                                                 Deputy Clerk